BRIAN QUINN
 Chief Justice
 
 JAMES T. CAMPBELL
 Justice
 
 MACKEY K. HANCOCK
 Justice
 
 PATRICK A. PIRTLE
 Justice
 
 Court of Appeals
 
 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us
 
 
 PEGGY CULP
 CLERK
 
 
 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540
 
 
 (806) 342-2650
 
 July 26, 2012
 
John G. Redington
Attorney at Law
19 North Main
Temple, TX 76501
Dan Cervenka
Assistant County and District Attorney
Milam County, Texas
204 N. Central
Cameron, TX 76520

Dear Counsel:

 The Court this day disposed of Cause No. 07-11-00150-CR, styled ROBERT ANDREW BARNES V. THE STATE OF TEXAS. Enclosed are copies of the Court's judgment and opinion. Tex. R. App. P. 48. 

 In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court. 

 Very truly yours,

 PEGGY CULP, CLERK

 By:___________________

xc:
Honorable Edward P. Magre
Cindy Fechner
Robert Andrew Barnes
Lisa Carol McMinn 
Lexis/Nexis
Wolters Kluwer Law & Business
State Bar of Texas
West Publishing